**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| DEBRA LASHAWAY, *et al.*, | ) CASE NO. 3:13-cv-01733 |
| | ) |
| | ) JUDGE JACK ZOUHARY |
| Plaintiffs, | ) |
| | ) |
| | ) **MOTION FOR *PRO HAC VICE*** |
| | ) **ADMISSION FOR LANCE C.** |
| v. | ) **WINCHESTER** |
| | ) |
| | ) Mark D. Wagoner (0068577) |
| ARTHUR D'ANTONIO, III, *et al.*, | ) Katherine S. Decker (0085600) |
| | ) SHUMAKER, LOOP & KENDRICK, LLP |
| Defendants. | ) 1000 Jackson Street |
| | ) Toledo, Ohio 43604-1573 |
| | ) Telephone: (419) 241-9000 |
| | ) Facsimile: (419) 241-6894 |
| | ) Email: mwagoner@slk-law.com |
| | )         kdecker@slk-law.com |
| | ) |
| | ) *Attorneys for Defendant* |
| | ) *Citizens Information Associates, LLC* |

Pursuant to Local Rule 83.5(h), Mark D. Wagoner, Jr., an attorney admitted to practice before this Court, files this Motion to request that Lance C. Winchester of Clausen & Centrich, PLLC be permitted to appear in this matter as *pro hac vice* as counsel for Defendant Citizens Information Associates, LLC.

Mr. Winchester is an attorney with Clausen & Centrich, PLLC in The Woodlands, Texas. He is member in good standing of the Texas Bar (Bar No. 21754300, admitted in

September of 1972), and the United States District Court for the Southern District of Texas (admitted in October of 1972).  He has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor has he ever received any reprimand from any such court, department, bureau or commission pertaining to conduct of fitness as a member of the bar.  Mr. Winchester has read the local rules of the United States District Court of the Northern District of Ohio, and has familiarized himself with the practice and preferences of this Court.

His contact information is as follows:

> Lance C. Winchester, Esq.
> Clausen & Centrich, PLLC
> 2002 Timberloch Place, Suite 200
> The Woodlands, Texas  77380
> Tel:  (281) 210-0140
> Fax: (866) 901-7829
> Email: lance@lancewlaw.com

The $100 filing fee required by L.R. 83.5(h) was paid at the time of the filing of this motion.

**DATED**: August 9, 2013

Respectfully Submitted,

/s/ *Mark D. Wagoner, Jr.*
Mark D. Wagoner, Jr. (0068577)
Katherine Decker (0085600)
**SHUMAKER, LOOP & KENDRICK, LLP**
North Courthouse Square
1000 Jackson Street
Toledo, Ohio 43624
Telephone:  419-241-9000
Fax:  419-241-6894
Email: mwagoner@slk-law.com
Email: kdecker@slk-law.com
Attorneys for *Defendant Citizen Information Associates, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **MOTION FOR PRO HAC VICE ADMISSION FOR LANCE C. WINCHESTER** was served via email and U.S. regular mail on August 9, 2013, on the following:

Fritz Byers
414 N. Erie Street, 2nd Floor
Toledo, Ohio 43604
*Attorney for Plaintiffs*

Scott A. Ciolek
CIOLEK LTD. – ATTORNEYS AT LAW
520 Madison Avenue, Suite 820
Toledo, Ohio 43604
*Attorney for Plaintiffs*

Jon D. Richardson
414 N. Erie Street, 2nd Floor
Toledo, Ohio 43604
*Attorney for Plaintiffs*

Arthur D'Antonio, III
3400 Avenue of the Arts, Apt #B110
Costa Mesa, CA 92626
*Defendant*

Guillermo Cuevas
1164 Ginger Circle
Weston, Florida 33326
*Defendant*

Jeremy Brooks
2006 W. New Hope Drive
Cedar Park, Texas 78613
*Defendant*

Kyle Prall
9201 Brodie Lane
Austin, Texas 78748
*Defendant*

Ryan Russell
2128 Sage Creek Loop
Austin, Texas 78704
*Defendant*

Justmugshots.com Corp.
c/o Registered Agent:
Virtual Post Solutions, Inc.
340 S. Lemon Avenue
Walnut, California 91789
*Defendant*

Openbare Dienst Internationale, LLC
35 New Road, P.O. Box 2391
Belize City, Belize City 00000 BZ
*Defendant*

Unpublish, LLC
Whois Privacy Services Pty Ltd.
P.O. Box 923
Fortitude Valley QLD 4006 AU
*Defendant*

*/s/ Mark D. Wagoner*
Mark D. Wagoner (0068577)
One of the Attorneys for *Defendant Citizens Information Associates, LLC*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEBRA LASHAWAY, et al., | ) | CASE NO. 3:13-cv-00043-JZ |
| | ) | |
| Plaintiffs, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | DECLARATION OF LANCE C. |
| | ) | WINCHESTER |
| ARTHUR D'ANTONIO, III, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §1746, I, Lance C. Winchester, declare that:

1. I am an attorney with Clausen & Centrich, PLLC in The Woodlands, Texas. I am a member in good standing of the following bars: Texas Bar (Bar No. 21754300, admitted in September of 1972), and the United States District Court for the Southern District of Texas (admitted in October of 1972).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct of fitness as a member of the bar.

3. I have read the local rules of the United States District Court of the Northern District of Ohio, and have familiarized myself with the practice and preferences of this Court.

4. I have paid the $100 filing fee required by L.R. 83.5(h) at the time of the filing of this motion.

I DECLARE UNDER PENALTY OF PERJURY THAT MY STATEMENTS ARE TRUE.

Executed on: 8-1-13

Lanée C. Winchester