IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Debra Lashaway, et al.,                      Case No. 3:13 CV 1733

                   Plaintiffs,           O R D E R

          -vs-                     JUDGE JACK ZOUHARY

Arthur D'Antonio, III, et al.,

                   Defendants.

The Court conducted a Status Phone Conference on November 13, 2013. Counsel present: Scott Ciolek for Plaintiffs; Joshua Jones for Defendants Arthur D'Antonio and Justmugshots.com; Mark Wagoner and Lance Winchester for Defendants Citizens Information Associates and Star Nine Ventures.

At the request of Plaintiffs' counsel, Defendants Jeremy Brooks, Openbare Dienst Internationale, Unpublish LLC are dismissed without prejudice. Plaintiffs' counsel advised this Court service has been completed on Defendant Guillermo Cuevas, and this Court awaits his counsel's entry of appearance.

Counsel for Defendants Citizens Information Associates and Star Nine Ventures accepts a waiver of service of summons form on behalf of Defendants Kyle Prall and Ryan Russell. Defendants Prall and Russell shall file their response to the Complaint by **December 13, 2013** (if they are not dismissed from the case before that date).

This Court set the following briefing schedule for Defendants D'Antonio and Justmugshots.com's Motion to Dismiss (Doc. 13) and Defendant Star Nine Venture's Motion to Dismiss (Doc. 19):

- Plaintiffs' responsive briefs: **December 6, 2013**

- Defendants' replies: **December 13, 2013**

This Court adopts the following briefing schedule for Defendant Citizens Information Associates' Motion to Dismiss (Doc. 17):

- Plaintiffs' responsive brief: **December 13, 2013**

- Defendant's reply: **January 3, 2014**

Without **prior** Court approval, responses shall not exceed twenty (20) pages and replies ten (10) pages, and shall use Sixth Circuit requirements: doubled-spaced (except for block quotes) in a font not less than 12 points in size with margins of not less than one inch.

IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

November 14, 2013