IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DEBRA LASHAWAY, et al., | * | Case No. 3:13-CV-01733- JZ |
| | * | |
| Plaintiffs, | * | |
| | * | Honorable Jack Zouhary |
| -vs- | * | |
| | * | |
| ARTHUR D'ANTONIO III, | * | |
| | * | |
| Defendants. | | |

NOTICE OF DISMISSAL UNDER Rule 41(a)(1)(A) (i)
AS TO CERTAIN DEFENDANTS

The plaintiffs in this civil action give notice under Rule 41(a)(1)(A)(i) of the dismissal, without prejudice, of all claims asserted in this action against defendants Guillermo Cuevas, JustMugShots.com Corp., Openbare Dienst Internationale, LLC, Unpublish LLC, Arthur D'Antonio III, Jeremy Brooks, and John Does 1 through 10.  Dismissal by notice is proper as to these defendants because none of them has filed an answer or a motion for summary judgment. The action is not dismissed as to any other defendant.

*Fritz Byers*
Fritz Byers (0002337)
414 N. Erie Street, 2nd Floor
Toledo, Ohio 43604
Phone: 419-241-8013
Telecopier: 419-241-4215
E-mail: fritz@fritzbyers.com

One of Plaintiffs' Counsel

Dated: December 5, 2013

## Certificate of Service

A true and correct copy of the foregoing will be served on all counsel through the Court's electronic-filing system.

*Fritz Byers*